8647.   GLEATON v. GEORGIA NATIONAL BANK.

BROYLES, P. J.   1. Where an account is stated by the creditor, and the debtor gives his promissory note in settlement, and is grossly negligent in failing to inform himself as to the elements of the account, he will not be allowed to plead, as a defense to an action upon the note, that certain items in the account, for which he was not legally liable, were fraudulently placed therein, where his plea does not show that any trick or artifice was used to prevent him from discovering the fraud. *Dortic* v. *Dugas*, 55 *Ga.* 484 (6); *Pattison* v. *Albany Building & Loan Association*, 63 *Ga.* 374; *Dyar* v. *Walton*, 79 *Ga.* 466 (7 S. E. 220); *Howard* v. *Georgia Home Insurance Co.*, 102 *Ga.* 137 (29 S. E. 143); *Hollingshead* v. *American National Bank*, 104 *Ga.* 250 (30 S. E. 728); *Sumner* v. *Sumner*, 121 *Ga.* 1 (4, 5), 5-6 (48 S. E. 727).

2. Under the foregoing ruling and the facts of this case, the court did not err in sustaining the demurrer to the amended plea of the defendant, or in thereafter striking the plea and directing a verdict for the plaintiff for the full amount sued for.

   *Judgment affirmed. Bloodworth and Harwell, JJ., concur.*
      DECIDED OCTOBER 31, 1917.

Complaint; from Calhoun superior court—Judge Cox.   December 5, 1916.

*Calhoun & Askew*, for plaintiff in error.

*Peacock & Gardner*, contra.

———————

8680.   COLEMAN et al., adm'rs., v. HUTCHESON, YEOMANS & CO.

BLOODWORTH, J.   1. The motion for a new trial embraces the general grounds only. There is ample evidence to support the verdict; and when the jury has passed upon the questions of fact, and such questions only are involved, this court will not interfere with the finding if there is any evidence to support it.

2. The writ of error in this case is without merit, and was evidently sued out for delay only. The prayer of the defendants in error that ten per cent. damages be awarded against the plaintiffs in error, as provided in section 6213 of the Civil Code of 1910, is granted.

 *Judgment affirmed, with damages. Broyles, P. J., and Harwell, J., concur.*
      DECIDED OCTOBER 31, 1917.

Complaint; from Toombs superior court—Judge Hardeman.   January 18, 1917.

*Giles & Sharpe*, for plaintiffs in error.

*Williams & Williams, Williams & Bradley*, contra.